**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

John Stokes, Appellant.

Appellate Case No. 2011-190427

———————

Appeal From Sumter County
Howard P. King, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-348
Submitted August 1, 2013 – Filed September 4, 2013

———————

**APPEAL DISMISSED**

———————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Tommy Evans, Jr. and Matthew C. Buchanan, both of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).[1] Counsel's motion to be relieved is granted.[2]

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] Appellant's assertion that the circuit court ordered Appellant "to pay money owed in the form of a civil judgment" is not substantiated by the record on appeal. Therefore, Appellant's request that this court remand this appeal for a hearing regarding the amount of debt owed is denied.

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.